IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01534-PSF-OES

SANDY C. CRIST,

    Plaintiff,

v.

DAVID A. BAUER;
DAVID A. BAUER, P.C.; and
MATTHEW R. BEVINS,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court *sua sponte*. On July 19, 2004 Plaintiff Sandy C. Crist filed with this Court a complaint denominated as Civil Action No. 04-cv-01475-PSF-OES, in which he alleged that Defendants David A. Bauer and Matthew R. Bevins violated his due process and other rights under the Fair Debt Collection Practices Act. Shortly thereafter, plaintiff filed a second complaint denominated as Civil Action No. 04-cv-01534-PSF-OES that alleged substantially similar claims as his first action. The Court consolidated the actions on July 28, 2004 under Civil Action No. 04-cv-01475-PSF-OES.

On November 26, 2004, the Court accepted a Recommendation of Magistrate Judge that Civil Action No. 04-1475 be dismissed for improper service. In so doing, the Court found that the Recommendation applied to Civil Action No. 04-1475 only, and

severed the actions from consolidation.  Civil Action No. 04-1475 was dismissed, and the instant action remained pending.

Defendants subsequently moved for an Order to Show Cause why the instant action should not be dismissed for failure to prosecute, which the Magistrate Judge issued on February 25, 2005.   Plaintiff did not show cause by March 16, 2005 as required, and has not done so as of the date of this Order.  Indeed, plaintiff has not submitted any filings to this Court in this action since filing of the complaint on July 26, 2004.

For these reasons, the Court hereby finds that plaintiff has failed to prosecute this action.  This case is therefore DISMISSED.

DATED: August 12, 2005

BY THE COURT:

s/ Phillip S. Figa

_____

Phillip S. Figa
United States District Judge